OFFICE OF DISCIPLINARY COUNSEL *v.* LEETH.

[Cite as Disciplinary Counsel *v.* Leeth (1989), 42 Ohio St. 3d 97.]

(No. D.D. 88-32—Submitted February 14, 1989—Decided April 26, 1989.)

*J. Warren Bettis,* disciplinary counsel, and *Carl J. Corletzi,* for relator.

*Theodore T. Ivanchak,* for respondent.

*Per Curiam.* We concur with the board's findings and its recommendations. Accordingly, respondent is hereby indefinitely suspended from the practice of law in Ohio. Costs taxed to the respondent.

*Judgment accordingly.*

MOYER, C.J., SWEENEY, HOLMES, DOUGLAS, WRIGHT, H. BROWN and RESNICK, JJ., concur.